O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/30/14

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2014
CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>   Petitioner,<br><br>vs.<br><br>MS. AUDREY KING, Executive Director,<br><br>   Respondent. | Case No. SACV 14-0469-ABC (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that (1) the Petition is summarily dismissed without prejudice to refiling after petitioner's SVP proceedings, including appeal, are completed, and petitioner has exhausted his state remedies with respect to any federal constitutional claims; and (2) Judgment be entered accordingly.

DATED: June 26, 2014

*Audrey B. Collins*
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE