I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/30/14

D. Vo
DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2014
CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>          Petitioner,<br><br>     vs.<br><br>MS. AUDREY KING, Executive Director,<br><br>          Respondent. | Case No. SACV 14-0469-ABC (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is summarily dismissed without prejudice to refiling after petitioner's SVP proceedings, including appeal, are completed, and petitioner has exhausted his state remedies with respect to any federal constitutional claims.

DATED: June 26, 2014

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 3 0 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY